UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHAWN MARSHALL,

    Plaintiff,

      v.                    CAUSE NO. 3:23-CV-72-DRL-MGG

KELCY WILLIAMS,

    Defendant.

OPINION AND ORDER

Shawn Marshall, a prisoner without a lawyer, filed a motion asking to add a document as an exhibit to his complaint. ECF 21. The court will accept the Offender Grievance Response Report, but notes that it is not "the response from the final step" of the grievance process that he declared under penalty of perjury that he was attaching to his complaint. *See* ECF 1 at 4. Though he wrote "Disagree" at the bottom of the Offender Grievance Response Report, it appears he did not complete the grievance process by appealing to the final step.

For these reasons, the motion (ECF 21) is GRANTED. The clerk is directed to edit the docket to attach the Offender Grievance Response Report (ECF 21-1) as an exhibit to the complaint (ECF 1).

SO ORDERED on July 28, 2023

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge